UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DUANE BOGGESS, | No. CV 11-2754 CBM |
| PETITIONER, | ORDER |
| V. | |
| OCHOA, | |
| RESPONDENT. | |

Petitioner, a state prisoner on parole who is proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, paid the required filing fee ($5.00) or filed an *in forma pauperis* affidavit. *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate filing fee or submit the appropriate affidavit in support of a request to proceed *in forma pauperis*.

In accordance with the above, IT IS HEREBY ORDERED that:

1. No later than June 17, 2013, Petitioner shall either pay the appropriate filing fee or submit an affidavit in support of his request to proceed *in forma pauperis*. Petitioner's failure to comply with this order may result in dismissal.

1

2. The Clerk of the Court is directed to send Petitioner a copy of the *in forma pauperis form* used by this district.

DATED:  May 17, 2013        By:_____
                                 CONSUELO B. MARSHALL
                                 UNITED STATES DISTRICT JUDGE

2