UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DUANE BOGGESS,<br><br>          PETITIONER,<br><br>V.<br><br>OCHOA,<br><br>          RESPONDENT. | No. CV 11-2754 CBM<br><br>ORDER |

    Petitioner, a state prisoner on parole who is proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, paid the required filing fee ($5.00) or filed an *in forma pauperis* affidavit. *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate filing fee or submit the appropriate affidavit in support of a request to proceed *in forma pauperis*.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. No later than June 17, 2013, Petitioner shall either pay the appropriate filing fee or submit an affidavit in support of his request to proceed *in forma pauperis*. Petitioner's failure to comply with this order may result in dismissal.

2. The Clerk of the Court is directed to send Petitioner a copy of the *in forma pauperis form* used by this district.

DATED: May 17, 2013

By:_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE