UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DUANE BOGGESS,<br><br>PETITIONER,<br><br>V.<br><br>OCHOA,<br><br>RESPONDENT. | No. CV 11-2754 CBM<br><br>ORDER |

Before the Court is an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Application") by Petitioner Daniel Duane Boggess. Petitioner filed his Application while in custody but has since been released on parole. [Docket Nos. 1, 5.] By Order dated May 17, 2013, this Court directed Petitioner to either submit the appropriate filing fee for his Application or submit the appropriate affidavit in support of a request to proceed *in forma pauperis*. [Docket No. 6.] The Court's May 17 Order further directed Petitioner to comply no later than June 17, 2013 and warned that Petitioner's failure to comply might result in dismissal. (*Id.*; *see also* 28 U.S.C. §§ 1914(a); 1915(a). ) To date, Petitioner has neither paid the required filing fee ($5.00) nor filed an *in forma*

1

*pauperis* affidavit.

      Accordingly, the Application is dismissed without prejudice.  Any and all other pending motions are denied as moot.  The Clerk is directed to enter a judgment dismissing the entire action without prejudice and notify Petitioner.

DATED:  July 25, 2013      By:_____
                                          CONSUELO B. MARSHALL
                                          UNITED STATES DISTRICT JUDGE